# Notice Recipients

| District/Off: 0976–4 | User: admin | Date Created: 12/21/2020 |
|---|---|---|
| Case: 20–40713–JMM | Form ID: 318 | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| cr | ASchild Atlas Acquisitions LLC | avi.schild@atlasacq.com |
| aty | Kameron M Youngblood | ylocourtnotice@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Anthony A. Allen | 396 Shelley Ave.    Shelley, ID 83274–1242 |
| tr | R Sam Hopkins | POB 3014    Pocatello, ID 83206 |
| 5157757 | Atlas Acquisitions LLC | 210 River Street, Suite 23    Hackensack, NJ 07601    Attn: Avi Schild |
| 5153920 | Bristol West Insurance Group | PO Box 258806    Oklahoma City, OK 73125–8806 |
| 5153921 | Capital One Bank | PO Box 60599    City of Industry, CA 91716–0599 |
| 5153922 | Cavalry Portfolio Serv | 500 Summit Lake Dr    Valhalla, NY 10595–1340 |
| 5153923 | Convergent Outsourcing | PO Box 9004    Renton, WA 98057–9004 |
| 5153924 | Credit Coll | PO Box 607    Norwood, MA 02062–0607 |
| 5153925 | Department Store National Bank/Macy's | Attn: Bankruptcy    9111 Duke Blvd    Mason, OH 45040–8999 |
| 5153926 | Dish | PO Box 84063    Palatine, IL 60094–4063 |
| 5153927 | Equifax | PO Box 740241    Atlanta, GA 30374–0241 |
| 5153928 | Experian | PO Box 2002    Allen, TX 75013–2002 |
| 5153929 | Ford Motor Credit | National Bankruptcy Service Center    PO Box 62180    Colorado Springs, CO 80962–2180 |
| 5153930 | Ford Motor Credit Comp | PO Box 542000    Omaha, NE 68154–8000 |
| 5153931 | Idaho State Tax Commission | PO Box 36    Boise, ID 83722–0036 |
| 5153932 | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| 5153933 | Macys/dsnb | PO Box 8218    Mason, OH 45040–8218 |
| 5153934 | Portfolio Recov Assoc | 120 Corporate Blvd Ste 100    Norfolk, VA 23502–4952 |
| 5153935 | Progressive Insurance Co. | 554 N Steelhead Way Bldg 4    Boise, ID 83704–8391 |
| 5153936 | Trans Union | PO Box 1000    Chester, PA 19016–1000 |
| 5153937 | Trinity Medical Group | PO Box 5010    Minot, ND 58702–5010 |
| 5153938 | Westlake Financial Services | Attn: Bankruptcy    PO Box 76809    Los Angeles, CA 90076–0809 |
| 5153939 | Westlake Financial Svc | 4751 Wilshire Blvd # Bvld    Los Angeles, CA 90010–3827 |

TOTAL: 23